BETTY HERRERA (242189)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BATTISTE,<br>o.b.o. minor child, J.B.M., | ) Civil No. C08-03716 EDL<br>)<br>) |
| Plaintiff, | ) STIPULATION AND ORDER<br>) |
| v. | )<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Wednesday, February 11, 2009 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (9) Plaintiff's counsel

1

STIPULATION AND ORDER

currently has before this district court and other district courts that also require briefing around this time.

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: January 12, 2009 | /s/<br>ARMAND D. ROTH<br>Special Assistant U.S. Attorney |
| Dated: January 12, 2009 | /s/<br>BETTY HERRERA<br>Attorney for Plaintiff<br>JACQUELINE BATTISTE, o.b.o.<br>minor child, J.B.M. |

IT IS SO ORDERED.

Dated: January 12, 2009

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

2

STIPULATION AND ORDER