1  BETTY HERRERA (242189)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   JACQUELINE BATTISTE, o.b.o. minor  )   No.:  C-08-03716 EDL
14 child, J.B.M.,                     )
                                      )
15         Plaintiff,                 )
                                      )
16                                    )
                                      )   STIPULATION AND ORDER FOR
17 v.                                 )   DISMISSAL
                                      )
18                                    )
                                      )
19 MICHAEL J. ASTRUE,                 )
   Commissioner, Social Security      )
20 Administration,                    )
                                      )
21         Defendant.                 )
                                      )
22 _____)

23
        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
24
   matter be dismissed in its entirety without prejudice.  Each party shall bear their own
25
   attorney's fees and costs.
26

27

28

                                              1
   STIPULATION AND ORDER

1
2   JOSEPH P. RUSSONIELLO
    United States Attorney
3
4
5
    Dated: February 9, 2009            /s/
6                                      ARMAND D. ROTH
                                       Special Assistant U.S. Attorney
7
8
9
10
    Dated:  February 9, 2009           /s/
11                                     BETTY HERRERA
                                       Attorney for Plaintiff
12                                     JACQUELINE BATTISTE o.b.o.
                                       minor child, J.B.M.
13
14
15  IT IS SO ORDERED.
16
17  Dated:  February 10, 2009          _____
                                       HON. ELIZABETH D. LAPORTE
18                                     United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28

2

STIPULATION AND ORDER